**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KEONTA C. DOUGLAS,**<br><br>**Defendant.** | **Case No. 3:25-CR-30004-NJR** |

# FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

On April 1, 2026, this Court entered an Order of Forfeiture (Doc. 69) against Defendant Keonta Carnell Douglas for the following property which had been seized from him:

> **A Glock Model 22, Gen.4, .40 caliber handgun, bearing serial number: VBX783; and any and all ammunition contained therein.**

The Order further stated that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 3, 2026, and ending May 2, 2026. (Doc. 82-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the property that is the subject of the Order of Forfeiture (Doc. 69) filed on April 1, 2026,

namely:

> **A Glock Model 22, Gen.4, .40 caliber handgun, bearing serial number: VBX783; and any and all ammunition contained therein.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED: September 15, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**